Amended Complaint:   Damion Ellerby
                     NO: 20-2428

Steave miller acted with deliberate indifference when he ignore obvious and serious dangers by exposing my self and Taijon edwards to an unreasonable risk of harm by placing us back together after our previous misconduct, when we fought in the day room which was under the camera. Steave miller is in charge of treatment, he is also in charge of placement of inmate leaving the behavior housing unit returning back to general population. Steave miller told edwards he would not be returning back to general population until march, 20, 2020. But Steave miller decided to place Taijon edwards on the movement list the same day as I was to return back to population, which was march 13, 2020. Corrections officer mattew Jordan filed a incident report as me and Taijon edwards left the hole, because he relice we both was returning to the same housing same tier. He also called his superviser Lt. Dawson, who told him "Let see it play out." Steave miller has complete controll of treatment, inmates returning back to general population, do not return without his say. They for by placing us back together was a direct act of deliberate indifference. Steave miller violated our 8th Amendment right, since me and

Tajon Edwards fight I experienced daily migraines and I have a scar on my face for life under my right eye. I seek monetary damages in the amount of 5 million dollars for violation of my eighth amendment rights, as well as punitive damages. Since me and Tajon Edwards fights, steave miller continues to use to same tatics on inmates which is unconstitutional an vile, and should be investigated.

Damion Ellerby
NO: 20-2428

*[signature]*

NAME: Damon Ellerby #153298
LEHIGH COUNTY JAIL
38 NORTH 4TH STREET
ALLENTOWN, PA 18102-3489

U.S.M.C.
X-RAY

LEHIGH VALLEY PA 180
13 OCT 2020 PM 3 L

Office of the clerk
United States District Court
Philadelphia, PA 19106