# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMION ELLERBY,<br>    **Plaintiff** | :<br>:<br>: |
| v. | :    **CIVIL ACTION NO. 20-CV-2428** |
| | : |
| LEHIGH COUNTY PRISON, *et al.*,<br>    **Defendants** | :<br>: |

## ORDER

**AND NOW**, this 14th day of February, 2022, upon consideration of Damion Ellerby's Second Amended Complaint (ECF No. 15), it is **ORDERED** that:

1. The Court's March 24, 2021 Order dismissing this case for failure to file a second amended complaint (ECF No. 14) is **VACATED**.

2. The Clerk of Court shall **REOPEN** this case.

3. The Clerk of Court shall **UPDATE** Mr. Ellerby's address on the docket to:

    > QK0664
    > SCI Phoenix
    > 1200 Mokychic Drive
    > Collegeville, PA 19426

4. The Second Amended Complaint (ECF No. 15) is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

5. The Clerk of Court shall **TERMINATE** Warden Kyle Russel as a defendant in this case.

6. Mr. Ellerby is not granted leave to file a third amended complaint in this matter.

7. The Clerk of Court shall **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER, J.